PAULINE MAAS and Others, Infants, by HERBERT MAAS, Their Guardian ad Litem, and HERBERT MAAS, Appellants, v. THIRD AVENUE RAILWAY COMPANY, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the defendant and its representatives, by their words and conduct, misled plaintiffs and their attorney into the belief that the proper party defendant had been sued, and the present defendant and the Union Railway Company of New York city are so closely affiliated that no prejudice can result from granting plaintiffs' motion. Young and Scudder, JJ., concur; Hagarty, J., concurs on authority of *Lewis* v. *City of New York* (241 App. Div. 754); Lazansky, P. J., and Davis, J., dissent.

CHARLES MONZILLO, an Infant, by BIAGO MONZILLO, His Guardian ad Litem, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order setting aside the verdict and granting a new trial unless plaintiff stipulate to reduce the verdict to the sum of $4,000 affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., dissents and votes to reverse the order and to reinstate the verdict.

HERTHA MONZILLO, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ORANGE AND ROCKLAND ELECTRIC COMPANY, Respondent, v. ROCKLAND LIGHT AND POWER COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.